# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| Plaintiff | } | |
| vs. | } | NO. 1:17CR83 |
| | } | |
| Omar Williams | } | |
| | } | **N O T I C E** |
| | } | |
| Defendant | } | |
| | } | |
| | } | |

    TAKE NOTICE that the above captioned case has been scheduled for an EVIDENTIARY HEARING on May 28, 2020 at 1:30 p.m. in the Courtroom of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, Courtroom 575, 2 South Main Street, Akron, Ohio.

DATE : April 27, 2020

                                      **SANDY OPACICH**
                                           **Clerk**

                   **By**    **s/ Christin M. Kestner**
                            **Christin M. Kestner**
                            **Courtroom Deputy Clerk**
                            **(330) 252-6070**