# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17CR83 & 1:18CV1230 |
| --- | --- | --- |
| PLAINTIFF, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| OMAR S. WILLIAMS, | ) | NOTICE OF APPEAL |
| | ) | |
| DEFENDANT. | ) | |

Notice is given that OMAR WILLIAMS hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgement [Doc. #199 and Doc. #211] entered in this action related to a motion to vacate, pursuant to 28 U.S.C. §2255 [Doc. #156], issued on April 24th and of August 14th, 2020.

Respectfully submitted,

*/s/Robert Duffrin*
Attorney Robert Duffrin #0061784
Attorney for Omar Williams
755 Boardman-Canfield Road, M-1
Youngstown, Ohio 44512
(330) 454-2136
duffrin@whalenduffrinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2020, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system. A copy of this Notice was also served upon Movant Omar Williams, c/o Elkton Federal Correctional Institution, P.O. Box 10, Lisbon, OH 44432.

*/s/Robert Duffrin*
Attorney Robert Duffrin #0061784
Attorney for Omar Williams