| | |
|---|---|
| OMAR S. WILLIAMS<br>REG. NO. 64600-060<br>USP YAZOO CITY<br>U.S. PENITENTIARY<br>P.O. BOX 5000<br>YAZOO CITY, MS 39194 | **FILED**<br>12:51 pm Nov 19 2020<br>Clerk U.S. District Court<br>Northern District of Ohio<br>Cleveland |

November 17, 2019

Ms. Sandy Opacich
Clerk of Court
U.S. Dictrict Court
Northern District of Ohio
Eastern Division - Cleveland
801 West Superior Avenue
Cleveland, OH 44113

      RE:    *Williams v. United States*
             Civil No. 1:18-cv-01230-JRA
             Crim No. 1:17-cr-00083-JRA-5

Dear Ms. Opacich:

    The express purpose of the letter is to inform that Mr. Williams has moved to the address above. Please submit this new address to the Court for any further correspondence.

    Thank you for your assistance in this matter.

                              Sincerely,

                              OMAR S. WILLIAMS
                              Appearing *Pro Se*

*Encl. as noted*