Hello, judge John Adams

I'm Omar Williams - 64600-060
Case number - 1:17-cr-00083

I'm currently being held at - U.S.P Yazoo City, P.O. Box 5000
Yazoo, city, MS 39194

I would ask could you please appoint

Mr. Jeffery Lazarus, Federal Public Defender Office. as my lawyer!

1660 W. 2nd St
Ste 750, Cleveland, Ohio 44113.

I have some unresolved issues I want to address and argue on my behalf.

Far as my career offender status mainly that was never addressed. Through my 2255 motion.

also other issues in my case, that can be argued with laws, facts, opinions.

There been law change and new case laws.

FILED 10-21
4:17 pm Jan 19 2021
Clerk U.S. District Court
Northern District of Ohio
Akron

RECEIVED
JAN 19 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Omar Williams-64160-060
U.S.P Yazoo, City
P.O. Box 5000
Yazoo, City, MS 39194

1:17CR83

Judge John Adams
Northern District, Ohio
Federal Bldg - John Seiberling
2 South Main St Room 575
Akron, Ohio 44308