IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17CR083 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR S. WILLIAMS, | ) | |
| Defendant. | ) | GOVERNMENT'S MOTION FOR |
| | ) | EXTENSION OF TIME |

The United States, by and through Rebecca C. Lutzko, United States Attorney, and Henry F. DeBaggis, Assistant U.S. Attorney, respectfully submits Government's Motion for Extension of Time for at least thirty (30) days to respond to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. (R. 226: Motion, PageID 1920).

On September 13, 2023, Defendant filed a forty (40) page motion for compassionate release. *Id.* Government counsel was on personal leave on the date the motion was filed and returned to the office on September 20, 2023. Given the length of the motion, the multiple legal and other issues presented, the government respectfully requests additional time to file an informed response to Defendant's motion.

WHEREFORE it is respectfully requested that the Court grant Government's Motion for an Extension of Time.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (Ohio: 0007561)
Assistant United States Attorney
400 United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
216.622.3749 / Fax: 216.522.7499
Henry.DeBaggis@usdoj.gov

SERVICE

On September 21, 2023, a copy of Government's Motion for Extension of Time was mailed to Omar S. Williams, Reg. No. 64600-060, FCI Milan, P.O. Box 1000, Milan, MI 48160, by regular U.S. Mail.

/s/ Henry F. DeBaggis
Henry F. DeBaggis
Assistant U.S. Attorney