IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 1 3 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| OMAR S. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Crim No. 1:17-cr-00083-JRA |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**NOTICE OF APPEAL**

COMES Petitioner, Omar S. Williams, appearing *pro se,* and timely gives his notice of

appeal of the May 1, 2024, Memorandum of Opinion and Order entered by John R Adams [Doc. 236

] denying Williams's Motion for Reconsideration of his Motion for Compassionate

Release/Reduction in Sentence.

Respectfully submitted,

*Omar S. Williams*

OMAR S. WILLIAMS
REG. NO. 64600-060
FCI MILAN
FEDERAL CORR. INSTITUTION
P.O. BOX 1000
MILAN, MI 48160
Appearing *Pro Se*